EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney.

WES R. PORTER
Sp. Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 2 2002

at _____ o'clock and _____ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>WILBER GUTIERREZ,  )<br><br>Defendant.  )<br>_____ ) | CR NO.  CR 02-00527<br><br>**INDICTMENT**<br><br>[18 U.S.C. § 922 (g)(3)]<br><br>SOM<br><br>SEALED<br>BY ORDER OF THE COURT |

## I N D I C T M E N T

### COUNT 1

The Grand Jury charges that:

On or about September 18, 2002, in the District of
Hawaii, defendant WILBER GUTIERREZ, then being an unlawful user
of a controlled substance as defined in Title 21, United States
Code, Section 802, did knowingly possess in and affecting
commerce a firearm, to wit: a Smith & Wesson .357 revolver

bearing Serial Number AJV1292.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 2

The Grand Jury further charges that:

On or about September 18, 2002, in the District of Hawaii, defendant WILBER GUTIERREZ, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce ammunition.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: _12/12/02_, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

WES R. PORTER
Assistant U.S. Attorney